# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ANTHONY BRODZKI**
        Plaintiff
  vs.                                 **CASE NUMBER: 5:11-CV-1117 (GTS/ATB)**

**JOE SHANNON, JR., District Attorney of Tarrant County, Texas; and TARRANT COUNTY**
        Defendant(s)

**ANTHONY BRODZKI**
        Plaintiff
  vs.                                 **CASE NUMBER: 5:11-CV-1118 (GTS/ATB)**

**PHIL KOSS, District Attorney of Walworth County, Wisconsin; and DAVE ROGERS, District Attorney of Clark County, Nevada**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge Andrew T. Baxter is ACCEPTED and ADOPTED in its entirety. Plaintiff's Complaint is hereby DISMISSED with prejudice pursuant to 28 USC section 1915(e)(2)(B)(ii)-(iii). The Court certifies, for the purposes of 28 USC section 1915(a)(3), that any appeal of the Decision & Order in this matter would not be taken in good faith.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 27th day of January, 2012.

DATED: January 30, 2012

*Lawrence K. Baerman*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk